# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mary Murphy, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>West Publishing Corporation,<br><br>Defendant. | Civil No. 24-1540 (DWF/DJF)<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation of Dismissal with Prejudice filed by the parties on June 4, 2025, (Doc. No. [65]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without an award of costs or fees to any party.

Dated: June 5, 2025
                                             s/Donovan W. Frank
                                             DONOVAN W. FRANK
                                             United States District Judge